**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>    Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>    Defendant | Civil Action No. 2:15-cv-288-JRG-RSP<br><br>Jury Trial Demanded |

### NOTICE OF ENTRY OF APPEARANCE OF STEVEN P. CHEN

Please take notice that Steven P. Chen of Hogan Lovells US LLP hereby enters his appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 9, 2015.

                                        */s/ Steven P. Chen*

                                        Steven P. Chen
                                        HOGAN LOVELLS US LLP
                                        4085 Campbell Avenue, Suite 100
                                        Menlo Park, CA 94025
                                        Telephone: (650) 463-4000
                                        Facsimile: (650) 463-4199
                                        steven.chen@hoganlovells.com

                                        **ATTORNEYS FOR DEFENDANT
                                        APPLE INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

                                                      */s/ Bernadette J. Crisostomo*
                                                     Bernadette J. Crisostomo