**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>    Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>    Defendant | Civil Action No. 2:15-cv-288-JRG-RSP<br><br>Jury Trial Demanded |

## NOTICE OF ENTRY OF APPEARANCE OF STEVEN M. LEVITAN

Please take notice that Steven M. Levitan of Hogan Lovells US LLP hereby enters his appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 9, 2015.

>  */s/ Steven M. Levitan*
>
> Steven M. Levitan
> HOGAN LOVELLS US LLP
> 4085 Campbell Avenue, Suite 100
> Menlo Park, CA 94025
> Telephone: (650) 463-4000
> Facsimile: (650) 463-4199
> steve.levitan@hoganlovells.com
>
> **ATTORNEYS FOR DEFENDANT APPLE INC.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 9, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

                                              */s/ Bernadette J. Crisostomo*
                                                Bernadette J. Crisostomo