# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>    Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>    Defendant | Civil Action No. 2:15-cv-288-JRG-RSP<br><br>Jury Trial Demanded |

## NOTICE OF ENTRY OF APPEARANCE OF SARAH M. JALALI

Please take notice that Sarah M. Jalali of Hogan Lovells US LLP hereby enters her appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 9, 2015.

*/s/ Sarah M. Jalali*

Sarah M. Jalali
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
sarah.jalali@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

                                                    */s/ Bernadette J. Crisostomo*
                                                     Bernadette J. Crisostomo