**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>    Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>    Defendant | Civil Action No. 2:15-cv-288-JRG-RSP<br><br>Jury Trial Demanded |

**NOTICE OF ENTRY OF APPEARANCE OF THEODORE J. MLYNAR**

Please take notice that Theodore J. Mlynar of Hogan Lovells US LLP hereby enters his appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 9, 2015.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Theodore J. Mlynar*

　　　　　　　　　　　　　　　　　　　　　　　Theodore J. Mlynar
　　　　　　　　　　　　　　　　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　　　　　　　　　　　　　　　　875 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 918-3000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 918-3100
　　　　　　　　　　　　　　　　　　　　　　　ted.mlynar@hoganlovells.com

　　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　　　　APPLE INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

                                                             */s/ Bernadette J. Crisostomo*
                                                             Bernadette J. Crisostomo