**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>     Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>     Defendant | Civil Action No. 2:15-cv-288-JRG-RSP<br><br>Jury Trial Demanded |

### NOTICE OF ENTRY OF APPEARANCE OF HELEN Y. TRAC

Please take notice that Helen Y. Trac of Hogan Lovells US LLP hereby enters her appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 20, 2015.

 */s/ Helen Y. Trac*

 Helen Y. Trac
 HOGAN LOVELLS US LLP
 3 Embarcadero Center, Suite 1500
 San Francisco, CA 94111
 Telephone: (415) 374-2300
 Facsimile: (415) 374-2499
 helen.trac@hoganlovells.com

 **ATTORNEYS FOR DEFENDANT APPLE INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

                                                                  */s/  Megan Espiritu*
                                                                     Megan Espiritu