**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>　　　　　**Plaintiffs,**<br>　　v.<br><br>**APPLE INC.,**<br><br>　　　　　**Defendant.** | Civil Action No. 2:15-cv-288<br><br>Hon. Rodney Gilstrap<br><br>DEMAND FOR JURY TRIAL |

## **DEFENDANT APPLE INC.'S JURY DEMAND**

Pursuant to Local Rule CV-38(a), Defendant Apple Inc. respectfully demands a jury trial on all issues so triable.

Dated: April 22, 2015　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: */s/Michael E. Jones*
　　　　　　　　　　　　　　　　　　　　　Clay C. James
　　　　　　　　　　　　　　　　　　　　　Srecko Vidmar
　　　　　　　　　　　　　　　　　　　　　C. Matthew Rozier
　　　　　　　　　　　　　　　　　　　　　**HOGAN LOVELLS US LLP**
　　　　　　　　　　　　　　　　　　　　　One Tabor Center, Suite 1500
　　　　　　　　　　　　　　　　　　　　　1200 Seventeenth Street
　　　　　　　　　　　　　　　　　　　　　Denver, CO  80202
　　　　　　　　　　　　　　　　　　　　　Telephone: (303) 899-7300
　　　　　　　　　　　　　　　　　　　　　Facsimile: (303) 899-7333
　　　　　　　　　　　　　　　　　　　　　clay.james@hoganlovells.com
　　　　　　　　　　　　　　　　　　　　　lucky.vidmar@hoganlovells.com
　　　　　　　　　　　　　　　　　　　　　matt.rozier@hoganlovells.com

　　　　　　　　　　　　　　　　　　　　　Theodore J. Mlynar
　　　　　　　　　　　　　　　　　　　　　**HOGAN LOVELLS US LLP**
　　　　　　　　　　　　　　　　　　　　　875 Third Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 918-3000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 918-3100
　　　　　　　　　　　　　　　　　　　　　ted.mlynar@hoganlovells.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, P.C.
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 22, 2015.

*/s/ Michael E. Jones*