IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>        Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant. | CIVIL ACTION NO. 2:15-cv-288<br><br>JURY TRIAL DEMANDED |

**NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Pursuant to the Court's Standing Order Regarding Readiness for Scheduling Conference, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") hereby notify the Court that Apple Inc. ("Apple") has filed its answer (Dkt. 32) and the above-captioned case is ready for a scheduling conference.

**Pending Motions**

None.

**Patents-in-Suit**

Ericsson has asserted six patents in this case. Below is a listing of the patents-in-suit:

- U.S. Patent No. 6,037,798
- U.S. Patent No. 6,100,770
- U.S. Patent No. 6,597,787
- U.S. Patent No. 7,151,430
- U.S. Patent No. 7,580,683
- U.S. Patent No. 8,626,086

**Previously Filed Eastern District of Texas Cases Involving the Patents-in-Suit**

One of the patents-in-suit—U.S. Patent. No. 6,597,787—was involved in a prior action in this District. The case style, the patents, and whether there are trial and/or *Markman* hearing dates in that action is listed below:

- *Ericsson, Inc. et al v. Samsung Electronics Co., Ltd., et al.,* 6:12-cv-00895-LED (E.D. Tex.)
    - Patents Involved: U.S. Patent Nos. 6,259,724; 6,400,376; 6,466,568; 6,502,063; 6,597,787; 6,732,069; 6,865,233; 6,985,474; 7,660,417; 7,707,592; 7,769,078; 7,961,709; 8,036,150; 6,147,385; 6,777,812; 8,031,688; 8,139,550; 8,169,986; 8,179,780; 8,379,738; 8,386,878
    - Status: Dismissed pursuant to parties' joint motion on January 29, 2014.

**Other Pending Related Litigation**

Ericsson further notifies the Court of the following pending cases, which do not involve the same patents-in-suit as the present case, but were identified as related when the present complaint was filed:

- *Ericsson Inc. et al. vs. Apple Inc.*, No. 2:15-cv-00289-JRG-RSP (E.D. Tex.)
- *Ericsson Inc. et al. vs. Apple Inc.*, No. 2:15-cv-00290-JRG-RSP (E.D. Tex.)
- *Ericsson Inc. et al. vs. Apple Inc.*, No. 2:15-cv-00291-JRG-RSP (E.D. Tex.)
- *Ericsson Inc. et al. vs. Apple Inc.*, No. 2:15-cv-00292-JRG-RSP (E.D. Tex.)
- *Ericsson Inc. et al. vs. Apple Inc.*, No. 2:15-cv-00293-JRG-RSP (E.D. Tex.)

Subject to the Court's availability, Ericsson respectfully submits that it would be beneficial to hold a scheduling conference for the present case and the above-identified pending related cases on the same date.

| | |
|---|---|
| Dated: April 29, 2015 | Respectfully submitted,<br><br>**MCKOOL SMITH, P.C.**<br><br>By: /s/ *Courtland L. Reichman*<br>Courtland L. Reichman, Lead Attorney<br>California State Bar No. 268873<br>creichman@mckoolsmith.com<br>Jennifer P. Estremera<br>California State Bar No. 251076<br>jestremera@mckoolsmith.com<br>Bahrad A. Sokhansanj<br>California State Bar No. 285185<br>bsokhansanj@mckoolsmith.com<br>Phillip J. Lee<br>California State Bar No. 263063<br>plee@mckoolsmith.com<br>McKool Smith Hennigan<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, California 94065<br>Telephone: (650) 394-1400<br>Telecopier: (650) 394-1422<br><br>Mike McKool, Jr.<br>Texas State Bar No. 13732100<br>mmckool@mckoolsmith.com<br>Douglas A. Cawley<br>Texas State Bar No. 0403550<br>dcawley@mckoolsmith.com<br>Theodore Stevenson, III<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>300 Crescent Court, Suite 1500<br>Dallas, Texas  75201<br>Telephone:  (214) 978-4000<br>Facsimile:  (214) 978-4044<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>104 E. Houston Street, Suite 300<br>P.O. Box 0<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099 |

**ATTORNEYS FOR PLAINTIFFS
ERICSSON INC. and
TELEFONAKTIEBOLAGET LM
ERICSSON**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5.1, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on April 29, 2015.

                                                  /s/ *Jennifer P. Estremera*
                                                  Jennifer P. Estremera