IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON, INC. and<br>TELEFONAKTIEBOLAGET LM<br>ERICSSON,<br>     Plaintiffs,<br><br>VS.<br><br>APPLE INC.<br>     Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION: 2-15-cv-000288-JRG-RSP |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT

TO UNITED STATES DISTRICT JUDGE RODNEY GILSTRAP:

COMES NOW Defendant Apple Inc. and files this Notice of Appearance of Additional Counsel. David M. Prichard, Texas Bar No. 16317900, Prichard, Hawkins & Young, LLP, 10101 Reunion Place, Suite 600, San Antonio, Texas 78216, will also appear as an additional attorney of record for Apple Inc. in this matter. David M. Prichard certifies that he is admitted to practice in the Eastern District of Texas and is a member in good standing of the State Bar of Texas.

Dated: May 6, 2015.

Respectfully submitted,

/s/ David M. Prichard
David M. Prichard
Texas Bar No. 16317900
dprichard@phmy.com
PRICHARD, HAWKINS & YOUNG, L.L.P.
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7400 – Telephone
(210) 477-7450 – Facsimile

Clay C. James
clay.james@hoganlovells.com
Srecko Vidmar
lucky.vidmar@hoganlovells.com
C. Matthew Rozier
matt.rozier@hoganlovells.com
HOGAN LOVELLS US LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO. 80202
(303) 899-7300 – Telephone
(303) 899-7333 - Facsimile

Theodore J. Mlynar
ted.mlynar@hoganlovells.com
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000 – Telephone
(212) 918-3100 – Facsimile

Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
Allen Franklin Gardner
Texas Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
(903) 597-8311 – Telephone
(903) 593-0846 – Facsimile

Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
(903) 934-8450 – Telephone
(903) 934-9257 – Facsimile

**ATTORNEYS FOR DEFENDANT,
APPLE INC.**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above and foregoing document has been served on all counsel of record, via the Court's ECF system, on May 6, 2015 pursuant to Local Rule CV-5(a)(3).

                                         /s/ David M. Prichard
                                         David M. Prichard