## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,** <br><br>      **Plaintiffs,** <br><br>   **v.** <br><br> **APPLE INC.,** <br><br>      **Defendant.** | **CIVIL ACTION NO. 2:15-cv-288** <br><br> **JURY TRIAL DEMANDED** |

### ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON'S NOTICE OF COMPLIANCE WITH P.R. 3-1 AND P.R. 3-2

Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") hereby give notice that on May 26, 2015, Ericsson served its P.R. 3-1 and P.R. 3-2 disclosures pertaining to U.S. Patent 6,006,081, identified in Ericsson's First Amended Complaint (Dkt. 41) filed on May 18, 2015, upon counsel for Defendant Apple Inc.

Dated: May 27, 2015.                              Respectfully submitted,

**MCKOOL SMITH, P.C.**

By: /s/  *Courtland L. Reichman*
Courtland L. Reichman, Lead Attorney
California State Bar No. 268873
creichman@mckoolsmith.com
Jennifer P. Estremera
California State Bar No. 251076
jestremera@mckoolsmith.com
Bahrad A. Sokhansanj
California State Bar No. 285185
bsokhansanj@mckoolsmith.com
Phillip J. Lee
California State Bar No. 263063
plee@mckoolsmith.com
McKool Smith Hennigan
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone: (650) 394-1400
Telecopier: (650) 394-1422


Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 0403550
dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044


Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0

Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5.1, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on May 27, 2015.

                                                  /s/ *Jennifer P. Estremera*
                                                  Jennifer P. Estremera