**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ERICSSON INC., ET AL. | § | |
| | § | |
| v. | § | Case No. 2:15-CV-288-JRG-RSP |
| | § | |
| APPLE, INC. | § | |

## ORDER APPOINTING MEDIATOR

IT IS ORDERED that Hon. David Folsom, Jackson Walker, L.L.P., 6002 Summerfield Drive, Suite B, Texarkana, Texas 75503, telephone number 903-255-3251, fax number 903-255-3266, and email dfolsom@jw.com, is hereby appointed as mediator in the above referenced case. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate a date for the mediation.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/page1.shtml?location=mediation.  In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement.  Exceptions to this requirement may be made only by the presiding judge in writing.

**SIGNED this 3rd day of June, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE