**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,** <br><br> **Plaintiffs,** <br> v. <br> **APPLE INC.,** <br><br> **Defendant.** | Civil Action No. 2:15-cv-288 <br><br> Hon. Rodney Gilstrap <br><br> DEMAND FOR JURY TRIAL |

## DEFENDANT APPLE INC.'S NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES

Pursuant to the Parties' Joint Renewed Motion for Entry of Docket Control Order [Dkt. 55], Defendant Apple Inc. hereby notifies the Court that it served its Paragraph 1 Initial Disclosures upon Plaintiff's counsel of record via electronic mail on June 19, 2015.

Dated: June 19, 2015

Respectfully submitted by,

*/s/ Michael E. Jones*
Clay C. James
Srecko Vidmar
C. Matthew Rozier
**HOGAN LOVELLS US LLP**
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
clay.james@hoganlovells.com
lucky.vidmar@hoganlovells.com
matt.rozier@hoganlovells.com

Theodore J. Mlynar
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000

Facsimile: (212) 918-3100
ted.mlynar@hoganlovells.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, P.C.
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 19, 2015.

*/s/ Michael E. Jones*