**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>           Plaintiffs,<br><br>     v.<br><br>**APPLE INC.,**<br><br>           Defendant. | **CIVIL ACTION NO. 2:15-cv-288**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to the Court's Order of May 7, 2015 and the sample Docket Control Order provided by the Court at the parties' May 29, 2015 scheduling conference, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") and Defendant Apple Inc. ("Apple") jointly submit a proposed Protective Order, attached hereto.

Dated: June 19, 2015                                      Respectfully submitted,

**MCKOOL SMITH, P.C.**
By: /s/ *Courtland L. Reichman*
Courtland L. Reichman, Lead Attorney
California State Bar No. 268873
creichman@mckoolsmith.com
Jennifer P. Estremera
California State Bar No. 251076
jestremera@mckoolsmith.com
Bahrad A. Sokhansanj
California State Bar No. 285185
bsokhansanj@mckoolsmith.com
Phillip J. Lee
California State Bar No. 263063
plee@mckoolsmith.com
McKool Smith Hennigan
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone: (650) 394-1400
Telecopier: (650) 394-1422

Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 0403550
dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON**


*/s/ Clay C. James*
Clay C. James
Srecko Vidmar
C. Matthew Rozier
**HOGAN LOVELLS US LLP**
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
clay.james@hoganlovells.com
lucky.vidmar@hoganlovells.com
matt.rozier@hoganlovells.com

Theodore J. Mlynar
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ted.mlynar@hoganlovells.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON, P.C.**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT APPLE INC.**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that Ericsson and Apple have discussed the Joint Protective Order. After meeting and conferring by email and phone on the issues, the parties agreed they had reached an agreement on the issues.

/s/ *Josh Budwin*
Josh Budwin

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5.1, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on June 19, 2015.

/s/ *Josh Budwin*
Josh Budwin