# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ERICSSON INC.** and **TELEFONAKTIEBOLAGET LM ERICSSON,**<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**APPLE INC.,**<br>　　　　　Defendant. | **CIVIL ACTION NO. 2:15-cv-288**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON'S NOTICE OF INITIAL DISCLOSURES

Pursuant to Local Rule CV-26(c), Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson"), by and through their counsel of record, provide notice that on June 19, 2015, Plaintiffs served their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

Dated: June 22, 2015

Respectfully submitted,

**MCKOOL SMITH, P.C.**
By: /s/ *Courtland L. Reichman*
Courtland L. Reichman, Lead Attorney
California State Bar No. 268873
creichman@mckoolsmith.com
Jennifer P. Estremera
California State Bar No. 251076
jestremera@mckoolsmith.com
Bahrad A. Sokhansanj
California State Bar No. 285185
bsokhansanj@mckoolsmith.com
Phillip J. Lee
California State Bar No. 263063
plee@mckoolsmith.com

        McKool Smith Hennigan
        255 Shoreline Drive, Suite 510
        Redwood Shores, California 94065
        Telephone: (650) 394-1400
        Facsimile: (650) 394-1422

        Mike McKool, Jr.
        Texas State Bar No. 13732100
        mmckool@mckoolsmith.com
        Douglas A. Cawley
        Texas State Bar No. 0403550
        dcawley@mckoolsmith.com
        Theodore Stevenson, III
        Texas State Bar No. 19196650
        tstevenson@mckoolsmith.com
        300 Crescent Court, Suite 1500
        Dallas, Texas 75201
        Telephone: (214) 978-4000
        Facsimile: (214) 978-4044

        Samuel F. Baxter
        Texas State Bar No. 01938000
        sbaxter@mckoolsmith.com
        104 E. Houston Street, Suite 300
        P.O. Box 0
        Marshall, Texas 75670
        Telephone: (903) 923-9000
        Facsimile: (903) 923-9099

        **ATTORNEYS FOR PLAINTIFFS**
        **ERICSSON INC. and**
        **TELEFONAKTIEBOLAGET LM**
        **ERICSSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5.1, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on June 22, 2015.

        /s/ *Josh Budwin*
        Josh Budwin