# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>        Plaintiffs,<br><br>   v.<br><br>**APPLE INC.,**<br><br>        Defendant. | **CIVIL ACTION NO. 2:15-cv-288**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON'S NOTICE OF INITIAL DISCLOSURES

Pursuant to Local Rule CV-26(c), Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson"), by and through their counsel of record, provide notice that on August 5, 2015, Plaintiff served its First Amended Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

Dated: August 6, 2015

Respectfully submitted,

**MCKOOL SMITH, P.C.**
By: /s/ *Courtland L. Reichman*
Courtland L. Reichman, Lead Attorney
California State Bar No. 268873
creichman@mckoolsmith.com
Jennifer P. Estremera
California State Bar No. 251076
jestremera@mckoolsmith.com
Bahrad A. Sokhansanj
California State Bar No. 285185
bsokhansanj@mckoolsmith.com
Phillip J. Lee
California State Bar No. 263063
plee@mckoolsmith.com

2

McKool Smith Hennigan
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone: (650) 394-1400
Facsimile: (650) 394-1422

Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 0403550
dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5.1, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on August 6, 2015.

/s/ *Jennifer Estremera*
Jennifer Estremera

McKool 1114927v1