**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>    *Plaintiffs*,<br><br> v.<br><br>APPLE INC.,<br><br>    *Defendant*. | Civil Action No. 2:15-cv-288-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### APPLE'S NOTICE OF COMPLIANCE WITH P.R. 4-1

 Pursuant to the Court's Docket Control Order (Dkt. No. 61) and Patent Rule 4-1, defendant Apple Inc. hereby notifies the Court and the parties that, on August 7, 2015, it served its List of Claim Terms Requiring Construction upon Plaintiff's counsel of record via electronic mail.

Dated: August 7, 2015

                   Respectfully submitted,

                   */s/ Clay C. James*
                   Clay C. James
                   Srecko Vidmar
                   **HOGAN LOVELLS US LLP**
                   One Tabor Center, Suite 1500
                   1200 Seventeenth Street
                   Denver, Colorado 80202
                   Telephone: (303) 899-7300
                   Facsimile: (303) 899-7333
                   clay.james@hoganlovells.com
                   lucky.vidmar@hoganlovells.com

                   **ATTORNEYS FOR APPLE INC**.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 7, 2015, I served the foregoing document using the Court's CM/ECF electronic filing system which will serve the same upon all counsel of record in this matter.

*/s/Lucky Vidmar*
Lucky Vidmar
